UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE NOLAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.   07 CR 796 |
| v.                        ) | Violations: Title 18, United States Code |
| ABRAHAM LIRA,             ) | Sections 371, 2113(a), and 2113(c) |
| JESSICA ROSALES, and      ) | |
| ROBERTO NAVAR             ) | |

FILED
J.N   JAN 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about April 2, 2007, at Cicero, in the Northern District of Illinois, Eastern Division,

ABRAHAM LIRA,

defendant herein, by force and violence and by intimidation, did take from the person and presence of a bank employee approximately $4,531 in United States currency belonging to and in the care, custody, control, management, and possession of Fifth Third Bank, 2500 S. Cicero Ave., Cicero, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about December 4, 2007, at Berwyn, in the Northern District of Illinois, Eastern Division,

ABRAHAM LIRA,

defendant herein, by force and violence and by intimidation, did take from the person and presence of a bank employee approximately $10,242.01 in United States currency belonging to and in the care, custody, control, management, and possession of Harris Bank, 6811 Stanley Ave., Berwyn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

1. Beginning no later than on or about December 4, 2007, and continuing until at least on or about December 5, 2007, at Berwyn, in the Northern District of Illinois, Eastern Division,

ABRAHAM LIRA and
JESSICA ROSALES,

defendants herein, did conspire with each other to, by force and violence and by intimidation, take from the person and presence of a bank employee approximately $10,242.01 in United States currency belonging to and in the care, custody, control, management, and possession of Harris Bank, 6811 Stanley Ave., Berwyn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

2. It was further part of the conspiracy that LIRA and ROSALES agreed to divide the proceeds of the robbery.

3. It was further part of the conspiracy that LIRA and ROSALES agreed to conceal and hide the existence, purposes and acts done in furtherance of the conspiracy.

### Overt Acts

4. In furtherance of, and to effect the objects of, the conspiracy, defendants LIRA and ROSALES committed the following overt acts:

3

a. On or about December 4, 2007, defendants LIRA and ROSALES walked from the home where they lived together, to the Harris Bank, located at 6811 Stanley Ave, Berwyn, Illinois.

b. On or about December 4, 2007, defendant LIRA entered the Harris Bank and handed Bank Teller A a note demanding money in exchange for refraining from violence against others.

c. On or about December 4, 2007, defendant ROSALES stood near the bank and held a coat that defendant LIRA was to change in to after leaving the Harris Bank in order to disguise his appearance.

d. On or about December 4, 2007, defendants LIRA and ROSALES walked together to the home where they lived after the robbery, counted the money that defendant LIRA obtained from the Harris Bank robbery, and then hid some of the money in the basement ceiling;

All in violation of Title 18, United States Code, Section 371.

## COUNT FOUR

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about December 5, 2007, at Berwyn, and elsewhere, in the Northern District of Illinois, Eastern Division,

JESSICA ROSALES,

defendant herein, possessed and concealed more than $1,000 in United States currency that the defendant knew had been stolen and carried away from the Harris Bank, located at 6811 Stanley Ave., Berwyn, Illinois, the accounts of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(c).

## COUNT FIVE

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about December 5, 2007, at Berwyn, and elsewhere, in the Northern District of Illinois, Eastern Division,

ROBERTO NAVAR,

defendant herein, possessed and concealed more than $1,000 in United States currency that the defendant knew had been stolen and carried away from the Harris Bank, located at 6811 Stanley Ave., Berwyn, Illinois, the accounts of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY