JUDGE JOAN H. LEFKOW    07 GJ 1231

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **MAGISTRATE JUDGE NOLAN** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0796 | DATE | JANUARY 15, 2008 |
| CASE TITLE | US v. ABRAHAM LIRA, JESSICA ROSALES & ROBERTO NAVAR | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g. plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL AUGUST 2006-1**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**Docket Entry:**

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS ISSUE AS TO ABRAHAM LIRA AND JESSICA ROSALES. TO ISSUE BENCH WARRANT, BOND WILL BE DETERMINED AT TIME OF ARRAIGNMENT AS TO ROBERTO NAVAR.

**RECEIVED**

JAN 15 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE                    (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#