## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 796 - 3 | **DATE** | 01/25/08 |
| **CASE TITLE** | USA vs. Roberto Navar | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 01/25/08. Defendant informed of his rights. Enter order appointing Gabriel Plotkin of Federal Defender Program/Panel as counsel for defendant. Arraignment held. Defendant waives formal reading of Indictment. Defendant enters plea of not guilty to all counts. 16.1(a) conference to be conducted by 01/31/08. Pretrial motion(s) to be filed by 02/21/08. Response(s) are due by 03/06/08. Reply briefs to be filed by 03/13/08. Status hearing before Judge Joan H. Lefkow is set for 3/19/08 at 9:45 a.m. Enter excludable (h)(1)(F).     (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|