UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  07 CR 796 |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| ABRAHAM LIRA, | ) | |
| JESSICA ROSALES, and | ) | |
| ROBERTO NAVAR | ) | |

**GOVERNMENT'S AGREED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE RESPONSE TO DEFENDANTS' MOTIONS**

The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, respectfully moves this Court for a seven-day extension of time until March 24, 2008, in which to file a response to the motion filed by defendant Abraham Lira to suppress statement and request for an evidentiary hearing; and motions filed by defendant Jessica Rosales for production of agents' notes, early return of trial subpoenas, and to sever.  In support of this motion, the government states as follows:

     1.    On January 24, 2008, defendants appeared before Judge Nan R. Nolan for the arraignment.  Judge Nolan set February 21, 2008 as the date on which pre-trial motions were due. On February 20, 2008, this Court granted defendants' request for 10 days to file pretrial motions. On March 3, 2008, defendant Lira filed a motion to suppress statements and request for an evidentiary hearing.  Also on March 3, 2008, defendant Rosales filed motions to sever, for production of agents' notes, and production of early trial subpoenas.  The government's response to defendants' motions is currently due on March 17, 2008.

     2.    The undersigned attorney does not anticipate being able to complete the response by March 17, 2008.

     3.    The Motions referenced herein filed by defendants raise serious issues and requires not

only legal research and drafting, but interviewing the law enforcement officers involved. The preparation of the responses to the issues raised by defendants requires substantial time and attention. The government requests an additional 7 days, until March 24, 2008, in which to file its response.

4. The undersigned attorney apologizes for not completing the response by March 17, 2008.

5. Counsel for the government has contacted each of the attorneys representing defendants: Mr. Blegan, counsel for defendant Lira; Mr. O'Connor, counsel for defendant Rosales; and Mr. Rodriguez, counsel for defendant Navar, who have all stated that they have no objection to this extension request.

6. The next status hearing in this case is set for March 19, 2008.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that this Court extend the time for the filing of the government's response to defendants' motions.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By:   s/ Yusef A. Dale
**YUSEF A. DALE**
Special Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604

**CERTIFICATE OF SERVICE**

The undersigned Special Assistant United States Attorney hereby certifies that the following documents:

**GOVERNMENT'S AGREED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO DEFENDANTS' MOTIONS**

were served on March 17, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

s/ Yusef A. Dale
YUSEF A. DALE
Special Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 886-7645
