## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 796 - 3 | **DATE** | 3/19/2008 |
| **CASE TITLE** | USA vs. Roberto Navar | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/16/2008 at 9:15 a.m. Motion hearing held. Government's agreed motion [41] for extension of time to file response to defendants' motions is granted. Government's responses to defendants' motions due by 4/9/2008; replies due by 4/16/2008. The period beginning 3/19/2008 through 4/16/2008 is excluded pursuant to 18.3161(h)(1)(F). X-E

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | MD |
|---|---|---|